RUBY COX v. THE VALLEY FAIR CORPORATION.

Dec. 10, 1979.   Petition for certification granted.

STATE OF NEW JERSEY v. LARRY LEONARD.

Dec. 10, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST P. ROBERTS.

Dec. 10, 1979.   Petition for certification denied.

ROPARK CONCRETE CO., INC. v. SCHIAVONE
CONSTRUCTION CO.

Dec. 10, 1979.   Petitions for certification denied.

STATE OF NEW JERSEY v. MICHAEL SMITH.

Dec. 10, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR SCOTT.

Dec. 20, 1979.   Petition for certification denied.